IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. **3:17-CR-183** |
| Plaintiff, | : | **JUDGE WALTER H. RICE** |
| v. | : | |
| **ROBERT W. STROUD (1)** a/k/a "Pops", a/k/a "Bonjo", a/k/a "Banjo" and a/k/a "Byjoe" | : | |
| **JORDAN B. SMITH (2)** | : | |

### ORDER AUTHORIZING THE UNITED STATES TO PROVIDE DEFENSE COUNSEL A REDACTED VERSION OF THE SUPERSEDING INDICTMENT

Upon Motion of the United States and for good cause shown, the United States is hereby authorized to provide Jon P. Rion, counsel for defendant ROBERT W. STROUD and Nathan Stuckey, counsel for defendant JORDAN B. SMITH a redacted version of the sealed Superseding Indictment filed on March 1, 2018 in the above captioned case. The Superseding Indictment shall remain under seal in its entirety until such time as ordered by the Court.

IT IS SO ORDERED.

3-2-18
DATE

_____
JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT