IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                          :     CASE NO. 3:17-CR-187-WHR

    SEALED INDICTMENT                   :

                                                       ORDER UNSEALING SUPERSEDING
                                :     INDICTMENT

IT IS HEREBY ORDERED that the Superseding Indictment (R. 53) filed on March 1, 2018 sealed by the order of this court, be unsealed by the Clerk of Courts.

DATE: **03-08-18**

_____
JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT