IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT A. STROUD,

      Defendant.

Case No. 3:17-CR-183
Judge Walter H. Rice
Magistrate Judge Michael R. Merz

## OPINION AND ORDER

On January 22, 2018, United States Probation Officer ("U.S.P.O.") Kevin Glover was served a Subpoena to Produce Documents, Information, or Objects in a Criminal Case. The Subpoena specifically requests "Robert A. Stroud's probation check in dates and times from August 1, 2016 through October 31, 2016 in case No. 1:09-cr-0004." *See* S. D. Ohio Crim. R. 32.3. Because this request does not elicit confidential information, Court **DIRECTS** the U.S.P.O. Glover to provide only Mr. Stroud's probation check in dates and times from August 1, 2016 through October 31, 2016 in case No. 1:09-cr-0004.

**IT IS SO ORDERED.**

10-12-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1